UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| KEVIN SLEEM | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | 5:22-CV-355-FL |
| UNITED STATES FEDERAL | ) | |
| GOVERNMENT, UNITED STATES | ) | |
| DEPARTMENT OF EDUCATION, | ) | |
| UNC CHAPEL HILL, *Dorms, Student* | ) | |
| *Housing,* FLORIDA ATLANTIC | ) | |
| UNIVERSITY, *College of Business* and | ) | |
| DURHAM TECHNICAL COMMUNITY | ) | |
| COLLEGE, *Engineering Department* | ) | |
| Defendants. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendations of the United States Magistrate Judge, to which objection was filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered April 27, 2023 and for the reasons set forth more specifically therein, that this action is DISMISSED for failure to state a claim upon which relief can be granted and due to sovereign immunity, pursuant to 28 U.S.C. § 1915(e)(2)(B).

**This Judgment Filed and Entered on April 27, 2023, and Copies To:**
Kevin Sleem (via US mail) 707 Greenland Drive, Fayetteville, NC 28305

April 27, 2023                    PETER A. MOORE, JR., CLERK


                                        /s/ Sandra K. Collins
                                    (By) Sandra K. Collins, Deputy Clerk